**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1012**

MARY ANN SMELSER KOONCE,

                    Plaintiff – Appellant,

          v.

MICHAEL ASTRUE, Social Security Administration,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.    John A. Gibney, Jr.,
District Judge. (3:12-cv-00256-JAG)

Submitted: February 21, 2013       Decided: February 26, 2013

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Mary Ann Smelser Koonce, Appellant Pro Se. Yiris E. Cornwall,
Assistant United States Attorney, Alexandria, Virginia; Robin
Perrin Meier, Assistant United States Attorney, Richmond,
Virginia; David Moskowitz, Assistant United States Attorney,
Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Ann Smelser Koonce appeals the district court's order adopting the magistrate judge's recommendation to dismiss her civil action for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Koonce v. Astrue, No. 3:12-cv-00256-JAG (E.D. Va. Dec. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED